IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:20-CV-661-BO

| | |
|---|---|
| ADMR JOHN H WRIGHT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| GRANVILLE COUNTY, et al., ) | |
| ) | |
| Defendants. ) | |

At the direction of the Court and for the continued efficient administration of justice, the above captioned case is reassigned to the below noted case number. **All future filings should reflect the revised case number of: 5:20-CT-3362-BO**.

This 10th day of December, 2020.

/s/ Peter A. Moore, Jr.
Clerk of Court